**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Luis Hernandez-Diaz,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.<br><br>　　　　Defendant. | Case No.: 22-cv-02218-ECT-DTS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT** |

　　　　Having considered the Memorandum of Law, the Complaint, and all other submissions in support of and in opposition to Defendant Experian Information Solutions, Inc.'s Motion, the Court GRANTS the Motion in its entirety.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　The Complaint of Plaintiff Luis Hernandez-Diaz is dismissed with prejudice.

　　　　Summary judgment is entered in favor of Experian.

Dated: _____, 2023　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Eric C. Tostrud